IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WILBERT R. ELDER | § | |
| v. | § | CIVIL ACTION NO. 6:06cv504 |
| STATE OF TEXAS, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed with prejudice. Plaintiff filed written objections on February 13, 2007.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice.

**SIGNED this 16th day of February, 2007.**

N:\Civil\Referrals\Elder - Order Adopting R&R.wpd

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE